WRIGHT, CATINA M                                                   10-13229

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS    106
60-249 / 433

| Case | Debtor |
|---|---|
| 10-13229 B | WRIGHT, CATINA M. |
| 92004199036366 | |
| COMBINED SMALL CHECK | |

TID #380290
MICHAEL CHIASSON
P. O. BOX 1666
MANDEVILLE LA 70470

Date  10/06/2011     $ ***********2.06

~~~Two Dollars and 06/100

Pay to the Order of  U.S. Bankruptcy Court

MICHAEL CHIASSON, Trustee

⑈000000106⑈ ⑆043302493⑆ 920041990 36366⑈

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229182      - KW
* * C O P Y * *
October 07, 2011
    15:11:34

UNC.UNDER$25
10-13229

Debtor.: CATINA M. WRIGHT
Trustee: Michael Chiasson
Amount.:
Check#.: 106                $2.06 CH

Total->   $2.06

FROM: CHIASSON

Deposit
10/7/11
To 106000
Due To
Tulane University
Hospital & Clinic

Cvogel

Printed: 10/06/11 07:53 AM  Page: 1

# Claims Distribution Small Checks

**Trustee: MICHAEL CHIASSON (380290)**

Case: 10-13229 - WRIGHT, CATINA M.

| Account No. | Check No. | Issued | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | Claim No. | | Payee: | | U.S. Bankruptcy Court | | | | |
| 920041990336366 | 106 | 10/06/11 | 10/06/10 | 610 | TULANE UNIVERSITY HOSPITAL & CLINIC | 75.00 | 75.00 | 2.06 | $2.06 |
| | 1-1 | | | | | | Check Amount: | | 2.06 |

(*) Denotes objection to Amount Filed